Núm. 7648.—SALINAS, apldo. *v.* SANTANA, aplte.—C. D. San Juan. Diciembre 10, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de desestimación presentada por el demandante apelado y apareciendo debidamente comprobado que con relación a este pleito la apelante no ha hecho gestión alguna en la Corte de Distrito desde el día 8 de junio de 1937, fecha de la sentencia, así como que tampoco ha otorgado la fianza para responder de los daños y perjuicios que puedan irrogarse al demandante, y de las costas de la apelación, que requiere el artículo 631 del Código de Enjuiciamiento Civil, se desestima la apelación interpuesta.

El Juez Presidente Sr. del Toro y Asociado Sr. Córdova Dávila, no intervinieron.